UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICHAM YOUSSOUFI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DHS, ICE (IMMIGRATION CUSTOM ENFORCEMENT),<br><br>　　　　　Respondent. | NO. CV 08-03788 GW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/12/09

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE